ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Umran Hashemi Construction Company ) | ASBCA No. 61095 |
| ) | |
| Under Contract No. W91B4M-10-C-4036 ) | |

APPEARANCE FOR THE APPELLANT:      Mr. Ghufran Hashimi
                                                    Director

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                              Army Chief Trial Attorney
                                             CPT Douglas A. Reisinger, JA
                                               Trial Attorney

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By email dated 16 March 2017, appellant filed a notice of appeal. The appeal was docketed 17 March 2017.

On 13 June 2017, appellant was ordered by the Board to either file a complaint within 21 days or show cause why the appeal should not be dismissed for failure to prosecute. The Order was sent to the email address utilized by appellant to file its notice of appeal. The Board has received no response from appellant. Appellant likewise had failed to respond to an earlier Board Order, also sent to the same email address. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: 27 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

J. REID PROUTY
Administrative Judge
Acting Vice Chairman
Armed Services Board
of Contract Appeals

I concur

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61095, Appeal of Umran Hashemi Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals